UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ADVOCATES,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Defendant. | No. 1:22-cv-03330 (RDM) |

## STIPULATION OF DISMISSAL

Plaintiff Energy Policy Advocates and Defendant Securities and Exchange Commission hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice. The parties will bear their own fees, costs, and attorneys' fees, except as provided in the settlement agreement executed by the parties.

Dated: September 6, 2023

Respectfully submitted,

/s/ *Matthew D. Hardin*
Christopher C. Horner, DC Bar No. 440107
1725 I Street NW, Suite 300
Washington, DC 20006

Matthew D. Hardin, DC Bar No. 1032711
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: 202-802-1948
Email: MatthewDHardin@protonmail.com

*Counsel for Plaintiff Energy Policy Advocates*

/s/ *Alexandra Verdi*
Alexandra Verdi
Office of the General Counsel
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549
Telephone: (202) 551-5057
Fax: (202) 772-9263
verdim@sec.gov

*Counsel for Defendant*
*U.S. Securities and Exchange Commission*